[No. 1581-1.    Division One—Panel 2.    March 19, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEX TRYTIAK, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 57949, W. R. Cole, J., entered March 6, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, A.C.J., and Horowitz, J.